```
                                          FILED
                                    U.S. DISTRICT COURT
                                   EASTERN DISTRICT OF LA

                                   2000 APR 19  P 1: 43

                                    LORETTA G. WHYTE
                                          CLERK
```

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BILL LEE | * | CIVIL ACTION NO. 00-0296 |
| VERSUS | * | SECTION "S" (2) |
| TIDEWATER, INC., DIAMOND OFFSHORE DRILLING, INC. AND SHELL OFFSHORE, INC. | * | JUDGE LEMMON |
| | * | MAGISTRATE JUDGE WILKINSON |
| | * | JURY DEMAND |

### MOTION TO CONTINUE PRELIMINARY CONFERENCE

**NOW INTO COURT,** through undersigned counsel, comes defendant, Diamond Offshore Drilling, Inc., who respectfully requests that the preliminary conference currently scheduled for April 20, 2000 at 11:00 a.m. be upset and rescheduled to a date that affords all parties involved in the litigation the opportunity to participate in the preliminary conference.

Accordingly, and for the above stated reasons, defendant, Diamond Offshore Drilling, Inc., respectfully requests that its Motion to Continue Preliminary Conference be granted, thereby upsetting the conference date of April 20, 2000 to another date.

**DATE OF ENTRY**

**APR 2 5 2000**



Respectfully submitted,

*Anthony Reginelli, Jr.*
_____
T. PATRICK BAYNHAM, T.A. (#16805)
STEVEN K. BEST (#1013)
ANTHONY REGINELLI (# 17767)
Baynham, Best & Reginelli, L.L.C.
One Galleria Boulevard, Suite 1510
Metairie, Louisiana 70001
Telephone: (504) 837-3878

Attorneys for Defendant,
Diamond Offshore Drilling, Inc.

## CERTIFICATE OF SERVICE

**I DO HEREBY CERTIFY** that I have on this __19th__ day of April, 2000, served the foregoing pleading on all counsel of record by placing a copy of same in the United States Mail, properly addressed and first class postage prepaid, or by hand delivery.

*Anthony Reginelli, Jr.*
_____

2

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BILL LEE | * | CIVIL ACTION NO. 00-0296 |
| VERSUS | * | SECTION "S" (2) |
| TIDEWATER, INC., DIAMOND OFFSHORE DRILLING, INC. AND | * | JUDGE LEMMON |
| SHELL OFFSHORE, INC. | * | MAGISTRATE JUDGE WILKINSON |
| | * | JURY DEMAND |

## ORDER

Considering the above and foregoing motion;

**IT IS HEREBY ORDERED** that the preliminary conference scheduled for April 20, 2000 at 11:00 a.m. be and the same is hereby continued to the 25th day of May, 2000, at 10:30 o'clock a.m. before the Courtroom Deputy by telephone.

New Orleans, Louisiana, this 24 day of April, 2000.

_____
UNITED STATES DISTRICT JUDGE

3