```
                    FILED
            U.S. DISTRICT COURT
            EASTERN DISTRICT OF LA

            2000 AUG -3  PM 2:00

              LORETTA G. WHYTE
                   CLERK
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BILL LEE | * | CIVIL ACTION NO. 00-0296 |
| VERSUS | * | SECTION "S" (2) |
| TIDEWATER, INC., DIAMOND OFFSHORE DRILLING, INC. AND SHELL OFFSHORE, INC. | * | JUDGE LEMMON |
| | * | MAGISTRATE JUDGE WILKINSON |
| | * | JURY DEMAND |

### MOTION TO SUBSTITUTE COUNSEL OF RECORD

**NOW INTO COURT,** through undersigned counsel, comes defendant, Diamond Offshore Drilling, Inc., and requests that Arthur A. Crais, Jr., counsel for Shell Oil Company, Post Office Box 60193, New Orleans, Louisiana 70160, be substituted as counsel of record for defendant, Diamond Offshore Drilling, Inc., and that T. Patrick Baynham, Steven K. Best and Anthony Reginelli, Jr. of the law firm of Baynham, Best & Reginelli, One Galleria Boulevard, Suite 1510, Metairie, Louisiana 70001, be withdrawn as counsel of record for Diamond Offshore Drilling, Inc. in the above numbered and entitled action.

DATE OF ENTRY
AUG 0 7 2000



Respectfully submitted,

*[signature]*

T. PATRICK BAYNHAM, T.A. (#16805)
STEVEN K. BEST (#1013)
ANTHONY REGINELLI (# 17767)
Baynham, Best & Reginelli, L.L.C.
One Galleria Boulevard, Suite 1510
Metairie, Louisiana 70001
Telephone: (504) 837-3878

*[signature]*

ARTHUR A. CRAIS, JR. (# 4573)
Shell Oil Company
Post Office Box 60193
New Orleans, Louisiana 70160
Telephone: (504) 588-4654
Attorney for Defendants,
Shell Oil Company and
Diamond Offshore Drilling, Inc.

## CERTIFICATE OF SERVICE

**I DO HEREBY CERTIFY** that I have on this ___2d___ day of ___Aug___, 2000, served the foregoing pleading on all counsel of record by placing a copy of same in the United States Mail, properly addressed and first class postage prepaid, or by hand delivery.

*[signature]*

2

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BILL LEE | * | CIVIL ACTION NO. 00-0296 |
| VERSUS | * | SECTION "S" (2) |
| TIDEWATER, INC., DIAMOND OFFSHORE DRILLING, INC. AND SHELL OFFSHORE, INC. | * | JUDGE LEMMON |
| | * | MAGISTRATE JUDGE WILKINSON |
| | * | JURY DEMAND |

**ORDER**

Considering the above and foregoing;

**IT IS HEREBY ORDERED** that Arthur A. Crais, Jr., counsel for Shell Oil Company, Post Office Box 60193, New Orleans, Louisiana 70160, be substituted as counsel of record for defendant, Diamond Offshore Drilling, Inc., and that T. Patrick Baynham, Steven K. Best and Anthony Reginelli, Jr. of the law firm of Baynham, Best & Reginelli, One Galleria Boulevard, Suite 1510,

3

Metairie, Louisiana 70001, be withdrawn as counsel of record for Diamond Offshore Drilling, Inc. in the above numbered and entitled action.

New Orleans, Louisiana, this ___4___ day of ___August___, 2000.

                                                   UNITED STATES DISTRICT JUDGE

4