

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BILL LEE | *CIVIL ACTION NO. 00-0296 <br> * |
| VERSUS | *SECTION S <br> *JUDGE MARY ANN VIAL |
| LEMMON <br> TIDEWATER, INC., DIAMOND <br> OFFSHORE DRILLING, INC., AND <br> SHELL OFFSHORE, INC. | * <br> *MAGISTRATE 2 <br> *JOSEPH C. WILKINSON, JR. <br> * |

* * * * * * * * * * * * * * * * * * * * * *

### EX PARTE MOTION AND ORDER TO AMEND ANSWER

NOW INTO COURT, through undersigned counsel, comes Tidewater Marine, L.L.C. and for the reasons more particularly descreibed in the attached supporting memorandum, respectfully requests that this Honorable Court grant it leave to file the attached amended answer to plaintiff's complaint. Counsel for Tidewater has contacted counsel for plaintiff and counsel for co-defendants, and they have no objection to the filing and granting of this motion. Additionally, Tidewater submits that the granting of this motion will not retard the progress of this suit.

Considering the foregoing;

IT IS ORDERED that Tidewater Marine, L.L.C. be and hereby is granted leave to file the attached amended answer.

New Orleans, Louisiana, this 17 day of August, 2000.

UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY
AUG 1 7 2000

Respectfully submitted:

**ADAMS AND REESE LLP**

_____
CHARLES A. CERISE, JR., T.A. Bar #1755
ROLAND M. VANDENWEGHE, JR. #25283
4500 One Shell Square
New Orleans, Louisiana 70139
Telephone: (504) 581-3234
Attorneys for Tidewater Marine, L.L.C.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a copy of the above and foregoing pleading upon all counsel of record by hand, fax or by placing same in the United States mail, first-class, postage prepaid, this 16th day of August, 2000.

_____
CHARLES A. CERISE, JR.