FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 NOV -9 PM 12:06

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BILL LEE | CIVIL ACTION |
| VERSUS | NO: 00-0296 |
| TIDEWATER INC. ET AL. | SECTION: "S" (2) |

**IT IS ORDERED** that the parties contact Magistrate Judge Joseph C. Wilkinson, Jr. within 10 days for the purpose of conducting a settlement conference. Settlement conference must be held before pre-trial.

New Orleans, Louisiana this 9th day of November, 2000.

_____
MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
NOV 0 9 2000