

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

BILL LEE                                                CIVIL ACTION

VERSUS                                                  NO. 00-296

TIDEWATER, INC. ET AL.                                  SECTION "S" (2)

      **IT IS ORDERED** that a **Settlement Conference** is set in this case on **January 25, 2001 at 3:00 p.m.** before Magistrate Judge Joseph C. Wilkinson, Jr., 501 Magazine St., Hale Boggs Building, Room B409, New Orleans, Louisiana.

      <u>Counsel for all parties are instructed to submit their respective settlement position letters on or before **January 24, 2001** for the confidential and exclusive use of Magistrate Judge Joseph C. Wilkinson, Jr.</u>

      New Orleans, Louisiana, this _16th_ day of November, 2000.

                                        JOSEPH C. WILKINSON, JR.
                                        UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY
NOV 1 7 2000