FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JAN 18 PM 12: 00

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BILL LEE | CIVIL ACTION |
| VERSUS | NO. 00-296 |
| TIDEWATER, INC. ET AL. | SECTION "S" (2) |

At the request counsel for plaintiff, the **Settlement Conference** which was previously set in this matter on January 25, 2001 is hereby POSTPONED to be rescheduled at a later date upon request of counsel.

New Orleans, Louisiana, this _____ day of January, 2001.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY  JAN 18 2001

___ Fee _____
___ Process _____
X  Dktd _____
___ CtRmDep _____
___ Doc.No. 32