UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2001 JAN 24 AM 10: 00
LORETTA G. WHYTE
CLERK
00-296

| | |
|---|---|
| BILL LEE | CIVIL ACTION NO. 00-0296 |
| | SECTION "S" (2) |
| VERSUS | |
| | JUDGE LEMMON |
| TIDEWATER, INC., DIAMOND OFFSHORE DRILLING, INC. AND SHELL OFFSHORE, INC. | MAGISTRATE JUDGE WILKINSON |
| | JURY DEMAND |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF CHANGE OF FIRM NAME, ADDRESS, AND PHONE NUMBER

**NOW INTO COURT**, comes Gary P. Koederitz, who is counsel of record for plaintiff in this civil action, and who respectfully requests that the records of the Court and counsel be changed to reflect the change of his law firm name from Koederitz & Bohrer, A Professional Law Corporation, to Koederitz Law Firm, L.L.C., and to reflect the change of his address and telephone number to be as follows:

8706 Jefferson Highway
Suite B
Baton Rouge, Louisiana 70809
(225) 928-9111

Respectfully Submitted:

_____
Gary P. Koederitz (Bar Roll No. 07768)
**KOEDERITZ LAW FIRM, L.L.C.**
8706 Jefferson Highway
Suite B
Baton Rouge, Louisiana 70809
Telephone: (225) 928-9111
Facsimile: (225) 926-7117

Fee____
___Process___
X Dktd___
___CtRmDep___
Doc.No.___

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has this day been mailed, postage prepaid and properly addressed, to all counsel of record in these proceedings.

Baton Rouge, Louisiana this 23 day of January, 2001.

_____
Gary P. Koederitz