FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2001 JAN 24 AM 10: 02
LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BILL LEE | CIVIL ACTION NO. 00-0296 |
| | SECTION "S" (2)   00-296 |
| VERSUS | |
| | JUDGE LEMMON |
| TIDEWATER, INC., DIAMOND OFFSHORE DRILLING, INC. AND SHELL OFFSHORE, INC. | MAGISTRATE JUDGE WILKINSON |
| | JURY DEMAND |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO CONTINUE PRETRIAL CONFERENCE AND TRIAL ON THE MERITS

**NOW INTO COURT**, through undersigned counsel, comes plaintiff Bill Lee, who respectfully moves this Honorable Court to continue the pretrial conference presently set for February 16, 2001 at 10:30 a.m., and the trial presently scheduled to begin on March 5, 2001 at 9:00 a.m., for the reasons assigned in the attached memorandum of authorities.

Undersigned counsel certifies that he has contacted counsel of record for all parties to this civil action, and that there is no opposition to this motion.

Respectfully Submitted:

KOEDERITZ LAW FIRM, L.L.C.
8706 Jefferson Highway
Suite B
Baton Rouge, Louisiana 70809
Telephone: (225) 928-9111

BY: _____
Gary P. Koederitz, T.A.
(Bar Roll No. 7768)

DATE OF ENTRY  JAN 2 5 2001

Fee_____
Process____
X Dktd____
_ CtRmDep____
Doc.No. 34

## **CERTIFICATE OF SERVICE**

I certify that a copy of the above and foregoing pleading has been mailed by First Class U.S. Mail, postage pre-paid, to all known counsel of record.

Baton Rouge, Louisiana, this _23_ day of January, 2001.

_____
Gary P. Koederitz

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BILL LEE | CIVIL ACTION NO. 00-0296 |
| | SECTION "S" (2) |
| VERSUS | |
| | JUDGE LEMMON |
| TIDEWATER, INC., DIAMOND OFFSHORE DRILLING, INC. AND SHELL OFFSHORE, INC. | MAGISTRATE JUDGE WILKINSON |
| | JURY DEMAND |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

<u>**MEMORANDUM OF AUTHORITIES IN SUPPORT OF<br>MOTION TO CONTINUE PRETRIAL CONFERENCE<br>AND TRIAL ON THE MERITS**</u>

MAY IT PLEASE THE COURT:

The pretrial conference in this civil action is presently scheduled for February 16, 2001 at 10:30 a.m., and trial by jury is scheduled to begin on March 5, 2001 at 9:00 a.m. This civil action arises out of an accident which occurred in the Gulf of Mexico on January 30, 1999, during which plaintiff suffered traumatic amputation of a portion of his foot. Plaintiff has undergone surgical procedures, physical therapy, and other extensive treatment for his injuries. Plaintiff has recently received a recommendation from his treating physician, Dr. Waybrun Hebert, that he undergo an additional surgical procedure described as a muscle graft transfer to reconstruct the remainder of the bottom of plaintiff's foot in an effort to avoid the necessity of complete amputation of the foot. Dr. Hebert is attempting to locate an appropriate surgeon to perform the portion of the surgery requiring the transfer of a muscle from another part of plaintiff's body to the foot, and it is anticipated that the surgery will be scheduled and will take place within thirty days from this date.

Based upon these circumstances, plaintiff respectfully submits he is entitled to a continuance of the trial date so that he can determine the amount of disability and impairment he will sustain as a result of this accident by completing his medical treatment, including surgeries. Additionally, plaintiff will not be able to determine the extent of his loss of vocational capacity and will not be able to determine the amount of his economic loss and other damages until the completion of this same treatment.

Undersigned counsel respectfully submits that he has contacted counsel of record for all other parties and that there is no opposition to this motion. Additionally, this matter has not previously been continued, and a continuance of the trial date would not result in prejudice to any party.

Based upon all of the above and foregoing circumstances, plaintiff respectfully submits that there is good cause for a continuance of the pretrial conference and trial date in this case, and respectfully submits that a continuance should be granted, all in accordance with Rules 1 and 40 of the Federal Rules of Civil Procedure and Local Rule 16.7 of the Uniform District Court Rules.

Respectfully Submitted:

**KOEDERITZ LAW FIRM, L.L.C.**
8706 Jefferson Highway
Suite B
Baton Rouge, Louisiana 70809
Telephone: (225) 928-9111

BY: _____
Gary P. Koederitz, T.A.
(Bar Roll No. 7768)

## CERTIFICATE OF SERVICE

I certify that a copy of the above and foregoing pleading has been mailed by First Class U.S. Mail, postage pre-paid, to all known counsel of record.

Baton Rouge, Louisiana, this 23 day of January, 2001.

_____
Gary P. Koederitz

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BILL LEE | CIVIL ACTION NO. 00-0296 |
| | SECTION "S" (2) |
| VERSUS | |
| | JUDGE LEMMON |
| TIDEWATER, INC., DIAMOND OFFSHORE DRILLING, INC. AND | MAGISTRATE JUDGE WILKINSON |
| SHELL OFFSHORE, INC. | JURY DEMAND |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Premises considered;

**IT IS HEREBY ORDERED** that the pretrial conference previously scheduled in this case for February 16, 2001 at 10:30 a.m., and the trial previously scheduled for March 5, 2001 at 9:00 a.m., are hereby continued, to be re-scheduled at a telephone preliminary conference on March 8, 2001 at 3:15 p.m.

New Orleans, Louisiana this 21 day of January, 2001.

_____
JUDGE, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BILL LEE** | **CIVIL ACTION NO. 00-0296** |
| | **SECTION "S" (2)** |
| **VERSUS** | |
| | **JUDGE LEMMON** |
| **TIDEWATER, INC., DIAMOND OFFSHORE DRILLING, INC. AND SHELL OFFSHORE, INC.** | **MAGISTRATE JUDGE WILKINSON** |
| | **JURY DEMAND** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**CERTIFICATE FOR PURPOSES OF ARTICLE 3, PARAGRAPH 2, CIVIL JUSTICE EXPENSE AND DELAY REDUCTION PLAN**

**NOW INTO COURT**, comes Gary P. Koederitz, counsel of record for plaintiff Bill Lee, who respectfully certifies that he has advised his client that he has initiated the Motion to Continue Pretrial Conference and Trial on the Merits being filed contemporaneously with this Certificate, for the reasons assigned in that motion and accompanying memorandum, and that his client has been provided with a copy of that motion and memorandum and this certificate.

Respectfully Submitted:

**KOEDERITZ LAW FIRM, L.L.C.**
8706 Jefferson Highway
Suite B
Baton Rouge, Louisiana 70809
Telephone: (225) 928-9111

BY: _____
Gary P. Koederitz, T.A.
**(Bar Roll No. 7768)**

## CERTIFICATE OF SERVICE

I certify that a copy of the above and foregoing pleading has been mailed by First Class U.S. Mail, postage pre-paid, to all known counsel of record.

Baton Rouge, Louisiana, this 23 day of January, 2001.

_____
Gary P. Koederitz