```
                                          FILED
                                    U.S. DISTRICT COURT
                                  EASTERN DISTRICT OF LA

                                   2001 SEP -5  PM 5: 24

                                      LORETTA G. WHYTE
                                            CLERK
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

BILL LEE                                    CIVIL ACTION

VERSUS                                      NO:  00-0296

TIDEWATER INC. ET AL.                       SECTION: "S" (2)


**IT IS ORDERED** that the parties contact Magistrate Judge Joseph C. Wilkinson, Jr. within 10 days for the purpose of conducting a settlement conference. Settlement conference must be held before pre-trial.

New Orleans, Louisiana this 5th day of September, 2001.

_____
**MARY ANN VIAL LEMMON**
**UNITED STATES DISTRICT JUDGE**

DATE OF ENTRY
SEP 0 6 2001