```
                                          FILED
                                     U.S. DISTRICT COURT
                                    EASTERN DISTRICT OF LA

                                     2001 SEP 13  PM 4: 24

                                       LORETTA G. WHYTE
                                            CLERK
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BILL LEE | CIVIL ACTION |
| VERSUS | NO. 00-296 |
| TIDEWATER, INC. ET AL. | SECTION "S" (2) |

**IT IS ORDERED** that a **Settlement Conference** is set in this case on **November 8, 2001 at 3:00 p.m.** before Magistrate Judge Joseph C. Wilkinson, Jr., 501 Magazine St., Hale Boggs Building, Room B409, New Orleans, Louisiana.

<u>Counsel for all parties are instructed to submit their respective settlement position letters on or before **November 7, 2001** for the confidential and exclusive use of Magistrate Judge Joseph C. Wilkinson, Jr.</u>

New Orleans, Louisiana, this ___13th___ day of September, 2001.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY
SEP 1 4 2001