FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 SEP 17 PM 4: 08

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BILL LEE | * | CIVIL ACTION NO. 00-0296 |
| VERSUS | * | SECTION "S" |
| | * | JUDGE MARY ANN VIAL LEMMON |
| TIDEWATER, INC. DIAMOND | * | MAGISTRATE 2 |
| OFFSHORE DRILLING, INC. | * | JOSEPH C. WILKINSON, JR. |
| AND SHELL OFFSHORE, INC. | * | |

## SUPPLEMENTAL EXHIBIT LIST

**NOW INTO COURT**, through undersigned counsel, comes Tidewater Marine, L.L.C., and submits the following list of exhibits, which it may introduce into evidence at trial in addition to exhibits previously listed by Tidewater Marine, L.L.C.:

1. Compensation schedule of reasonable charges for various medical procedures;

2. Any other documents listing reasonable charges for procedures performed by Dr. Guillot;

3. Depositions of any unavailable witnesses;

4. Plaintiff's military records; and

___Fee___
___Process___
X Dktd
___CtRmDep
___Doc.No. 43

-2-

5. Any exhibit listed by any other party.

Respectfully submitted,

ADAMS AND REESE LLP

_____
CHARLES A. CERISE, JR. (Bar #1755)
4500 One Shell Square
New Orleans, Louisiana 70139
Telephone: (504) 581-3234
Attorneys for Tidewater Marine, L.L.C.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I have served a copy of the above and foregoing pleading upon all counsel of record by hand, fax or by placing same in the United States mail, first-class, postage prepaid, this 17th day of September, 2001.

_____

-2-