FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 SEP 17 PM 4: 07

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BILL LEE | * | CIVIL ACTION NO. 00-0296 |
| | * | |
| VERSUS | * | SECTION "S" |
| | * | JUDGE MARY ANN VIAL LEMMON |
| | * | |
| TIDEWATER, INC. DIAMOND | * | MAGISTRATE 2 |
| OFFSHORE DRILLING, INC. | * | JOSEPH C. WILKINSON, JR. |
| AND SHELL OFFSHORE, INC. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### SUPPLEMENTAL MAY CALL WITNESS LIST

**NOW INTO COURT**, through undersigned counsel, comes Tidewater Marine, L.L.C., and provides the following list of witnesses who may be called to testify at trial in addition to the witnesses previously listed by Tidewater Marine, L.L.C.:

1. Connie Bousquet;

2. Charles Portier; and

3. Any witness listed by any other party.

Respectfully submitted,

ADAMS AND REESE LLP

*[signature]*

CHARLES A. CERISE, JR. (Bar #1755)
4500 One Shell Square
New Orleans, Louisiana 70139
Telephone: (504) 581-3234
Attorneys for Tidewater Marine, L.L.C.

____ Fee ____
____ Process ____
X   Dktd
____ CtRmDep
____ Doc.No. 44

-2-

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I have served a copy of the above and foregoing pleading upon all counsel of record by hand, fax or by placing same in the United States mail, first-class, postage prepaid, this 17th day of September, 2001.

_Charles A. Cerise_