UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 SEP 24 PM 3: 48

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| BILL LEE | CIVIL ACTION NO. 00-0296 |
| | SECTION "S" (2) |
| VERSUS | |
| | JUDGE LEMMON |
| TIDEWATER, INC., DIAMOND OFFSHORE DRILLING, INC. AND SHELL OFFSHORE, INC. | MAGISTRATE JUDGE WILKINSON |
| | JURY DEMAND |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### PLAINTIFF'S AMENDED LIST OF WITNESSES AND EXHIBITS

**NOW INTO COURT,** through undersigned counsel, comes plaintiff Bill Lee, who respectfully amends his previously filed Witness and Exhibit List for the purpose of adding the following witnesses, in addition to those previously identified:

### WITNESSES

35) Thomas S. Guillot, Jr., M.D., 17050 Medical Center Drive, Suite 100, Baton Rouge, Louisiana 70816;

36) Lucius J. Doucet, III, M.D., 17050 Medical Center Drive, Suite 100, Baton Rouge, Louisiana 70816.

Respectfully Submitted:

**KOEDERITZ LAW FIRM, L.L.C.**
8706 Jefferson Highway
Suite A
Baton Rouge, Louisiana 70809
Telephone: (225) 928-9111
Facsimile: (225) 926-7117

BY: _____
Gary P. Koederitz (Bar Roll No. 7768)

___Fee_____
___Process____
_X_Dktd_____
___CtRmDep___
Doc.No._____

## CERTIFICATE OF SERVICE

I certify that a copy of the above and foregoing pleading has been mailed by First Class U.S. Mail, postage pre-paid, to all known counsel of record on this 20th day of September, 2001.

*(signature)*
Gary P. Koederitz