

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BILL LEE | *CIVIL ACTION |
| | *NO. 00-0296 |
| VERSUS | * |
| | * |
| | *SECTION "S" |
| TIDEWATER INC., DIAMOND | *Judge Mary Ann Vial Lemmon |
| OFFSHORE DRILLING, INC. | * |
| AND SHELL OFFSHORE, INC. | *Division 2 |
| | *Magistrate Joseph C. Wilkinson, Jr. |
| * * * * * * * | * |

### EX PARTE MOTION AND ORDER TO ADD COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, comes Tidewater Inc. and upon suggesting to this Honorable Court that it desires to add Lee C. Reid of Adams and Reese LLP as counsel of record, respectfully requests that this Honorable Court permit Lee C. Reid to be enrolled as additional counsel of record for Tidewater Inc.

Considering the foregoing,

IT IS ORDERED that Lee C. Reid be and hereby is enrolled as additional counsel of record for Tidewater Inc.

New Orleans, Louisiana, this 22 day of October, 2001.

_____
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
OCT 2 3 2001

Respectfully submitted,

ADAMS AND REESE LLP

_____
CHARLES A. CERISE, JR. (#1755)
LEE C. REID (#26481)
ROLAND M. VANDENWEGHE, JR. (#25283)
4500 One Shell Square
New Orleans, Louisiana 70139
Telephone: 504/581-3234
Attorneys for Tidewater Inc.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing pleading has been served upon all counsel of record via hand delivery, fax, or U.S. Mail, postage prepaid, this 18th day of October, 2001.

_____
CHARLES A. CERISE, JR.