

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 NOV 15 A 10: 58

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| BILL LEE | CIVIL ACTION |
| VERSUS | NO. 00-296 |
| TIDEWATER, INC. ET AL. | SECTION "S" (2) |

**IT IS ORDERED** that a second **Settlement Conference** is set in this case on **December 3, 2001 at 3:00 p.m.** before Magistrate Judge Joseph C. Wilkinson, Jr., 501 Magazine St., Hale Boggs Building, Room B409, New Orleans, Louisiana.

If counsel wish to supplement their previously submitted position letters, they must submit them to the undersigned on or before **November 30, 2001**.

New Orleans, Louisiana, this _____ day of November, 2001.


_____
JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY
NOV 1 5 2001