

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BILL LEE | * | CIVIL ACTION |
| VERSUS | * | NO. 00-0296 |
| TIDEWATER, INC., DIAMOND OFFSHORE DRILLING, INC., AND | * | SECTION "S" |
| SHELL OFFSHORE, INC. | * | MAG. DIV. (2) |

\* \* \* \* \* \* \* \*

## MOTION TO SUBSTITUTE COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, comes defendant Diamond Offshore Drilling, Inc. and respectfully move this Court to sign and enter the attached Order directing that Arthur A. Crais, Jr. be allowed to withdraw as counsel for Diamond Offshore Drilling, Inc. and Patrick E. O'Keefe of the law firm of Montgomery, Barnett, Brown, Read, Hammond & Mintz, LLP, 1100 Poydras Street, Suite 3200, New Orleans, Louisiana 70163, be enrolled as counsel for Tidewater, Inc., Diamond Offshore Drilling, Inc. The trial date of this lawsuit will not be effected thereby.

DATE OF ENTRY
NOV 1 6 2001

___Fee___
___Process___
X _Dktd___
___CtRmDep___
___Doc.No.___

Respectfully submitted,

**MONTGOMERY, BARNETT, BROWN,
READ, HAMMOND & MINTZ, LLP**

BY: _____
Patrick E. O'Keefe (#10186)
3300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-3200
(504) 585-3200


**SHELL OFFSHORE, INC.**

BY: _____
Arthur A. Crais, Jr. (#4573)
701 Poydras Street
1510 One Shell Square
New Orleans, LA 70130
(504) 728-4654


CERTIFICATE OF SERVICE

I do hereby certify that I have on this 15th day of Nov., 2001 served a copy of the foregoing pleading on counsel for all parties to this proceeding, by ~~mailing the same by United States mail, properly addressed, and first class postage prepaid~~ hand.

_____

h:\okeefe\LEE.MSC.POK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BILL LEE | * | CIVIL ACTION |
| VERSUS | * | NO. 00-0296 |
| TIDEWATER, INC., DIAMOND OFFSHORE DRILLING, INC., AND | * | SECTION "S" |
| SHELL OFFSHORE, INC. | * | MAG. DIV. (2) |

\* \* \* \* \* \* \* \*

## ORDER

Considering the Motion to Substitute Counsel of Record filed by defendant, Diamond Offshore Drilling, Inc.;

IT IS HEREBY ORDERED that Arthur A. Crais, Jr. be permitted to withdraw as counsel of record for Diamond Offshore Drilling, Inc., and that Patrick E. O'Keefe of the law firm of Montgomery, Barnett, Brown, Read, Hammond & Mintz, LLP, 3200 Energy Centre, 1100 Poydras Street, New Orleans, LA 70163, be enrolled as counsel of record for Diamond Offshore Drilling, Inc. The trial date of his lawsuit will not be effected by this Order.

THUS DONE AND SIGNED in New Orleans, Louisiana on this 16 day of November, 2001.

(Motion to substitute)

_____
JUDGE

h:\mokeefe\LEE.ORDER.POK