MINUTE ENTRY
November 16, 2001
LEMMON, J.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

BILL LEE                                    CIVIL ACTION

VERSUS                                      NO: 00-0296

TIDEWATER, INC. ET AL.                      SECTION: "S"

A pretrial conference was held on November 16, 2001, at 10:00 a.m. with appearances by Gary Koederitz and Edward Lambert on behalf of the Bill Lee, Charles Cerise, Jr. on behalf of Tidewater Marine, L.L.C., Arthur Crais, Jr. on behalf of Shell Offshore, Inc., and Patrick O'Keefe on behalf of Diamond Offshore Drilling, Inc. Settlement discussions are ongoing, and the parties will meet with a private mediator on November 26, 2001, before returning to the Magistrate Judge for further discussions. A three-day jury trial is set for December 10, 2001.

DATE OF ENTRY
NOV 2 8 2001