FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 DEC -3 PM 3: 46

UNITED STATES DISTRICT COURT LORETTA G. WHYTE
EASTERN DISTRICT OF LOUISIANA    CLERK

BILL LEE                          CIVIL ACTION

VERSUS                            NO:  00-0296

TIDEWATER INC. ET AL.             SECTION: "S" (2)

### ORDER

The court having been advised by counsel for the parties that the only remaining claim in the above captioned case is the cross claim between Tidewater and Shell, IT IS ORDERED that the trial set for December 10, 2001 is continued to January 7, 2002 at 9:00 a.m.

New Orleans, Louisiana, this  3rd day of December, 2001.

MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
DEC 0 4 2001