```
                              FILED
                        U.S. DISTRICT COURT
                       EASTERN DISTRICT OF LA

                        2002 FEB 15  PM 3: 43

                          LORETTA G. WHYTE
                               CLERK
```

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BILL LEE** | *CIVIL ACTION<br>*NO. 00-0296 |
| **VERSUS** | *<br>* |
| | *SECTION "S" |
| **TIDEWATER INC., DIAMOND OFFSHORE DRILLING, INC. AND SHELL OFFSHORE, INC.** | *Judge Mary Ann Vial Lemmon<br>*<br>*Division 2<br>*Magistrate Joseph C. Wilkinson, Jr. |
| * * * * * * * | * |

### FINAL MOTION AND ORDER TO DISMISS WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, comes plaintiff, Bill Lee, and defendants, Shell Offshore, Inc., Diamond Offshore Drilling, Inc., and Tidewater Marine, L.L.C., and upon suggesting to this Honorable Court that this matter, including all cross claims, have been compromised fully to the satisfaction of all parties, respectfully request that this Honorable Court dismiss this matter, including all cross claims, with prejudice, each party to bear his or its own costs.

Considering the foregoing,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the captioned matter, including all cross claims, be and the same hereby is dismissed, with prejudice, each party to bear his or its own costs.

New Orleans, Louisiana, this _19_ day of _February_, 2002.

_____
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
FEB 2 0 2002

Respectfully submitted,

*[signature: Arthur A. Crais]*
Arthur A. Crais, Jr., Esq. (#4573)
701 Poydras Street
1510 One Shell Square
P.O. Box 60193
New Orleans, LA 70130
Telephone: 504/728-4654
Attorney for Shell Offshore, Inc.
and Diamond Offshore Drilling, Inc.

KOEDERITZ LAW FIRM, L.L.C.

*[signature: Carl Koederitz]*
Carl Koederitz, Esq. (#7768)
8706 Jefferson Highway
Suite B
Baton Rouge, LA 70809
Telephone: 225/928-9111
Attorney for plaintiff

ADAMS AND REESE LLP

*[signature: Charles A. Cerise, Jr.]*
CHARLES A. CERISE, JR. (#1755)
LEE C. REID (#26481)
4500 One Shell Square
New Orleans, LA 70139
Telephone: 504/581-3234
Attorneys for Tidewater Marine, L.L.C.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing pleading has been served upon all counsel of record via hand delivery, fax, or U.S. Mail, postage prepaid, this __15th__ day of February [~~January~~], 2002.

*[signature: Charles A. Cerise, Jr.]*
CHARLES A. CERISE, JR.